NEAL E. COSTANZO        SBN122352
MICHAEL G. SLATER       SBN 247302
COSTANZO & ASSOCIATES
575 EAST LOCUST AVENUE, SUITE #115
FRESNO, CALIFORNIA 93720
TELEPHONE (559) 261-0163
FACSIMILE (559) 261-0703

Attorneys for Defendant, CITY OF PARLIER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDOFO MARTINEZ JIMENEZ, | Case No. 1:18-CV-00210-DAD-EPG |
| Plaintiff, | |
| v. | **NOTICE OF FILING OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT OF DEFENDANT CITY OF PARLIER** |
| CITY OF PARLIER, | |
| Defendant. | |

Notice is hereby given that City of Parlier has filed a Confidential Settlement Conference Statement by email to the assigned Magistrate at jdporders@caed.uscourts.gov.

Date: November 27, 2018                COSTANZO & ASSOCIATES


                                By    /s/ Neal E. Costanzo
                                      Neal E. Costanzo, Attorney for
                                      Defendant, City of Parlier

---

NOTICE OF FILING

1

## PROOF OF SERVICE

The undersigned declares:

I, Julia Sellers, the undersigned, declare that:

I am employed in the County of Fresno, State of California. I am over the age of eighteen years, and am not a party to the within action. My business address is 575 E. Locust Avenue, Suite 115, Fresno California 93720.

I am familiar with the regular mail collection and processing practice of said business, and in the ordinary course of business the mail is deposited with the United States Postal Service that same day.

On November 27, 2018, I served the foregoing document described as:

**NOTICE OF FILING OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT OF DEFENDANT CITY OF PARLIER**

on all parties to this action by causing a true copy thereof to be:

- ( ) Telecopied Via Facsimile
- ( ) Placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail
- (X) Electronic Mail
- ( ) Sent Via Overnight Delivery (see below)

as addressed below:

Gary Marc Messing
gary@majlabor.com
Jason H. Jasmine
jason@majlabor.com
Donald Paul Bird, II
paul@majlabor.com
Messing, Adam & Jasmine LLP
235 Montgomery Street
Suite 828
San Francisco, CA 94104

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 27, 2018        /s/Julia Sellers
                               Julia Sellers

00017053.WPD;1