NEAL E. COSTANZO      SBN122352
MICHAEL G. SLATER     SBN 247302
COSTANZO & ASSOCIATES
575 EAST LOCUST AVENUE, SUITE #115
FRESNO, CALIFORNIA 93720
TELEPHONE (559) 261-0163
FACSIMILE (559) 261-0703

Attorneys for Defendant, CITY OF PARLIER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDOFO MARTINEZ JIMENEZ,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF PARLIER,<br><br>　　Defendant. | Case No. 1:18-CV-00210-DAD-EPG<br><br>**STIPULATION AND DISMISSAL** |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties to the action through their designated counsel that the above captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a)(1).

//

//

---

STIPULATION AND DISMISSAL

1

1 | Date: December 28, 2018         COSTANZO & ASSOCIATES
2
3
4                                    By_____/S/_____
                                        Neal E. Costanzo, Attorney for
5                                       Defendant, City of Parlier
6
7 | Date: December 31, 2018         MESSING, ADAM & JASMINE LLP
8
9
10                                   By_____/S/_____
                                        Jason Jasmine, Attorney for Plaintiff,
11                                      Adolfo Martinez Jimenez
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND DISMISSAL

2